### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADAMED VELEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT<br><br>and<br><br>MIDLAND FUNDING, LLC<br><br>    Defendant. | Civil Action No.<br><br>**16 2597** |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendants, Midland Credit Management, Inc. ("MCM") and Midland Funding, LLC ("MF"), by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the action captioned as Radamed Velez v. Midland Credit Management, Inc. and Midland Funding, LLC (hereinafter "the Midland Defendants"), docket no. 1604058283, as filed in the Court of Common Pleas for Philadelphia County, Pennsylvania ("the Action"), to the United States District Court for the Eastern District of Pennsylvania, based upon the following:

1. On or about April 25, 2016 Plaintiff filed the Action in the Court of Common Pleas for Philadelphia County, Pennsylvania. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

2. The Midland Defendants first received notice of the Action on or about April 26, 2016, when it were served with Plaintiff's Complaint.

3. Based on the foregoing, the Midland Defendants has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by the Midland Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that the Midland Defendants violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., thereby asserting claims that arise under federal law.

5. In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within Philadelphia County, Pennsylvania, the United States District Court for the Eastern District of Pennsylvania should be assigned the Action.

6. Pursuant to 28 U.S.C. § 1446(d), MCM will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Philadelphia County Court of Common Pleas.

**WHEREFORE**, Defendants, Midland Credit Management, Inc. and Midland Funding, LLC notifies this Court that this Action is removed from the Court of Common Pleas for Philadelphia County, Pennsylvania to the United

States District Court for the Eastern District of Pennsylvania pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By: *Lawrence J. Bartel*
Lawrence J. Bartel
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2780 / (215) 575-0856 (f)
MEFitzgerald@mdwcg.com
Attorneys for Defendant
Midland Credit Management, Inc. and
Midland Funding, LLC

Dated: May 24, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADAMED VELEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT<br><br>and<br><br>MIDLAND FUNDING, LLC<br><br>　　　　　　Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I, Lawrence J. Bartel, do hereby certify that a true and correct copy of Defendants, Midland Credit Management, Inc. and Midland Funding, LLC's Notice of Removal was served upon the below-listed counsel of record by regular mail on May 25, 2016.

> Andrew Milz, Esquire
> Flitter Milz P.C.
> 450 N. Narberth Avenue, Suite 101
> Narberth, PA 19072

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By: _/s/ Lawrence J. Bartel_
Lawrence J. Bartel
Attorneys for Defendant
Midland Credit Management, Inc.

Dated: May 25, 2016

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**APRIL 2016**

E-Filing Number: 1604058283

002832

RECEIVED APR 26 2016
By personal-TF

**PLAINTIFF'S NAME**
RADAMED VELEZ

**PLAINTIFF'S ADDRESS**
51 RED MAPLE LANE
LEVITTOWN PA 19055

**DEFENDANT'S NAME**
MIDLAND CREDIT MANAGEMENT

**DEFENDANT'S ADDRESS**
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123

**PLAINTIFF'S NAME**

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S NAME**
MIDLAND FUNDING, LLC

**DEFENDANT'S ADDRESS**
8875 AERO DRIVE SUITE 200
SAN DIEGO CA 92123

**PLAINTIFF'S NAME**

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S NAME**

**DEFENDANT'S ADDRESS**

**TOTAL NUMBER OF PLAINTIFFS**
1

**TOTAL NUMBER OF DEFENDANTS**
2

**COMMENCEMENT OF ACTION**
[X] Complaint   [ ] Petition Action   [ ] Notice of Appeal
[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions

**AMOUNT IN CONTROVERSY**
[X] $50,000.00 or less
[ ] More than $50,000.00

**COURT PROGRAMS**
[X] Arbitration     [ ] Mass Tort         [ ] Commerce            [ ] Settlement
[ ] Jury            [ ] Savings Action    [ ] Minor Court Appeal  [ ] Minors
[ ] Non-Jury        [ ] Petition          [ ] Statutory Appeals   [ ] W/D/Survival
[ ] Other:

**CASE TYPE AND CODE**
1O - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
APR 25 2016
E. MASCUILLI

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RADAMED VELEZ

Papers may be served at the address set forth below.

**NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**
ANDREW M. MILZ

**PHONE NUMBER**
(610) 668-0018

**FAX NUMBER**
(610) 667-0552

**ADDRESS**
FLITTER MILZ, P.C.
450 N. NARBERTH AVENUE
SUITE 101
NARBERTH PA 19072

**SUPREME COURT IDENTIFICATION NO.**
207715

**E-MAIL ADDRESS**
amilz@consumerslaw.com

**SIGNATURE OF FILING ATTORNEY OR PARTY**
ANDREW MILZ

**DATE SUBMITTED**
Monday, April 25, 2016, 05:54 pm

FINAL COPY (Approved by the Prothonotary Clerk)

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 01/30/2017
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a judge.

FLITTER MILZ, P.C.
BY: CARY L. FLITTER, ESQUIRE
IDENTIFICATION NO. 35047
BY: ANDREW M. MILZ, ESQUIRE
IDENTIFCATION NO. 207715
450 N. NARBERTH AVENUE, SUITE 101
NARBERTH, PA 19072
(610) 822-0782

ATTORNEY FOR PLAINTIFF
RADAMED VELEZ

THIS IS AN ARBITRATION MATTER

Attested by the
Office of Judicial Records
25 APR 2016 05:54 pm
E. MASCUILLI

RADAMED VELEZ
           Plaintiff
v.

MIDLAND CREDIT MANAGEMENT

and

MIDLAND FUNDING, LLC
           Defendants

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

CIVIL ACTION

TERM, 2016
NO.

TO THE DEFENDANT:

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL & INFORMATION SERVICE:
Philadelphia Bar Association
One Reading Center
Philadelphia, PA 19107
(215) 238-1701

### ADVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) días de plaza al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparecía escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA E INFORMACION LEGAL:
Philadelphia Bar Association
One Reading Center
Philadelphia, PA 19107
(215) 238-1701

Case ID: 16040283

FLITTER MILZ, P.C.
BY: CARY L. FLITTER, ESQUIRE
IDENTIFICATION NO. 35047
BY: ANDREW M. MILZ, ESQUIRE
IDENTIFCATION NO. 207715
450 N. NARBERTH AVENUE, SUITE 101
NARBERTH, PA 19072
(610) 822-0782

ATTORNEY FOR PLAINTIFF
RADAMED VELEZ

THIS IS AN ARBITRATION MATTER

RADAMED VELEZ
51 Red Maple Lane
Levittown, PA 19055,
                Plaintiff

v.

MIDLAND CREDIT MANAGEMENT
8875 Aero Drive, Suite 200
San Diego, CA 92123

and

MIDLAND FUNDING, LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123,
                Defendants

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

CIVIL ACTION
                TERM, 2016
NO.

## COMPLAINT

### I. INTRODUCTION

1. This action is brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692 ("FDCPA"). The FDCPA prohibits debt collectors from engaging in deceptive and unfair practices in the collection of consumer debt.

2. Defendant debt collectors sent a collection notice to Plaintiff that misrepresents potential tax implications of settlement of the consumer debt claimed due. Defendants deceptively state in their collection letter to Plaintiff that they "will report forgiveness of debt as required by IRS regulations," even though there can be no conceivable circumstances in which IRS reporting would be required on small debts of under $600.

Case ID: 16040283

3. Defendants have violated the FDCPA by using false and deceptive representations in the collection of consumer debt.

## II. PARTIES

4. Plaintiff Radamed Velez is a consumer who resides in Levittown, Pennsylvania at the address captioned above.

5. Defendant Midland Credit Management ("MCM") is a nationwide debt collector with a principal place of business at the address captioned.

6. Defendant Midland Funding, LLC ("Midland Funding") is a purchaser of charged-off consumer debts and has a principal place of business at the address captioned.

7. Defendants MCM and Midland Funding are collectively referred to as "Midland" or "Defendants."

8. Defendants regularly engage in the collection of consumer debts using the mails and telephone or purchase consumer debt after default for the purposes of collection.

9. Each Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

10. Midland Funding engaged MCM to collect the accounts here in issue.

11. Midland Funding is responsible for the acts of its collector, MCM.

## IV. STATEMENT OF CLAIM

12. On April 27, 2015, Defendant MCM sent Plaintiff a communication in connection with a consumer debt allegedly due Midland Funding and arising from an old Citibank, N.A. account. (*See* correspondence from MCM attached hereto as Exhibit "A," redacted).

13. The collection communication listed a "Current Balance: $513.68." (*See* Exhibit "A," redacted).

2

Case ID: 16040283

14. The April 27, 2015 letter goes on to state: "We will report forgiveness of debt as required by IRS regulations." (Id.).

15. Section 6050P of the Internal Revenue Code and its regulations require that an applicable entity report (on Form 1099-C) any cancellation or discharge of indebtedness <u>in excess of $600.00</u>, only if there has occurred an "identifiable event" described in paragraph (b)(2) of that section.

16. With a debt in the amount of $513.68, as claimed here, there could never be any discharge over $600.00 sufficient to trigger Midland's IRS reporting obligation.

17. As a Form 1099-C would never issue in relation to this debt, injecting the gratuitous language about "report[ing of] forgiveness of debt as required by IRS regulations" serves only to confuse, deceive and intimidate.

18. The gratuitous, *in terrorem* reference in a collection letter that a creditor may be required to provide information on the consumer to the IRS is a collection ploy which suggests involvement of the IRS to the least sophisticated consumer.

19. The above statement is deceptive and misleading in the context of a collection letter seeking less than $600.00.

## COUNT I – FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats the allegations set forth above as if the same were set forth at length herein.

21. Defendants violated the FDCPA by sending collection letters to Plaintiff which:

(a) Make false, deceptive, or misleading representations or statements in connection with the collection of consumer debt, 15 U.S.C. § 1692e; and

3

(b) Use false representation and deceptive means to collect a consumer debt, 15 U.S.C. §1692e(10).

**WHEREFORE**, Plaintiff Radamed Velez demands judgment against Defendants Midland Credit Management, Inc. and Midland Funding, LLC for:

(a) Damages;

(b) Attorney's fees and costs; and

(c) Such other and further relief as the Court shall deem just and proper.

Respectfully submitted:

DATE: 4/25/16

_____
CARY L. FLITTER
ANDREW M. MILZ

**FLITTER MILZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

**Attorneys for Plaintiff**

4

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

16-cv-2597

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RADAMED VELEZ

**(b)** County of Residence of First Listed Plaintiff  PHILADELPHIA, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrew Milz, Esq., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072; 610-668-0018

## DEFENDANTS
MIDLAND CREDIT MANAGEMENT and Midland Funding, LLC

County of Residence of First Listed Defendant  SAN DIEGO, CA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Lawrence J. Bartel, Esq., 2000 Market Street, Suite 2300, Philadelphia, PA 19103 (215)575-2780.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☒ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. § 227, et seq. and 15 U.S.C. § 1692, et seq.
Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 05/25/2016
SIGNATURE OF ATTORNEY OF RECORD
Lawrence J. Bartel

MAY 25 2016

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

16  2597

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff    Radamed Velez c/o Andrew Milz, Esq.– 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072

Address of Defendant   Midland Credit Management  and Midland Funidng, LLC c/o Lawrence J. Bartel – 2000 Market Street, Ste. 2300, Philadelphia, PA 19103

Place of Accident, Incident or Transaction    Philadelphia County, Pennsylvania
*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more if its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 8.1(a))    Yes ☒  No ☐

Does this case involve multidistrict litigation possibilities?    Yes ☐  No ☒

RELATED CASE, IF ANY:

Case Number: _____  Judge _____  Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier number case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify)   Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

B. *Diversity Jurisdiction Cases*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _Lawrence J. Bartel_    counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE    May 25, 2016    _Lawrence J. Bartel_    94006
                        Attorney-at-Law          Attorney I.D. #

**NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.**

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE    May 15, 2016    _Lawrence J. Bartel_    94006

MAY 25 2016



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| RADAMED VELEZ | : | CIVIL ACTION |
| v. | : | |
| MIDLAND CREDIT MANAGEMENT AND MIDLAND FUNDING, LLC | : NO. | 16  2597 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus-Cases brought under 28 U.S.C. §2241 through §2255.   ( )

(b) Social Security-Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.   (X)

(d) Asbestos-Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management-Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management--Cases that do not fall into any one of the other tracks.   ( )

| | | Defendant, Midland Credit Management, Inc. |
|---|---|---|
| May 25, 2016 | Laurena J. Bartel | |
| Date | Attorney-at-law | Attorney for |
| | | MAY 25 2016 |
| | | LJBartel@mdwcg.com |
| (215) 575-2780 | (215) 575-0856 | |
| Telephone | FAX Number | E-Mail Address |

**Civil Justice Expense and Delay Reduction Plan**