```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
RADAMED VELEZ
                                  :      CIVIL ACTION
                                  :
        vs.                       :
                                  :      NO. 16-2597
MIDLAND CREDIT MANAGEMENT
ET, AL.,
```

O R D E R

**AND NOW, TO WIT:** This 4TH day of AUGUST, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**LUCY V. CHIN**, Interim Clerk of Court

**BY:** S/SHARON SCOTT
       Sharon Scott
       Deputy Clerk

Civ 2 (7/83)
41.1(b)